**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAYMES OUSLEY, on behalf of himself and on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                                                                  **CASE   NO.:   8:20-cv-701-VMC-AAS**

**AMAZON CORPORATE, LLC,**

    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this voluntary notice of dismissal with prejudice.

Dated this 18th day of May, 2020.

    Respectfully submitted,

    /s/Brandon J. Hill
    **LUIS A. CABASSA**
    Florida Bar Number: 053643
    Direct No.: 813-379-2565
    **BRANDON J. HILL**
    Florida Bar Number: 37061
    Direct No.: 813-337-7992
    **WENZEL FENTON CABASSA, P.A.**
    1110 North Florida Ave., Suite 300
    Tampa, Florida 33602
    Main No.: 813-224-0431
    Facsimile: 813-229-8712
    Email: lcabassa@wfclaw.com
    Email: bhill@wfclaw.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of May, 2020, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send the notice of electronic filing to the following:

Carol A. Field, Esq.
Morgan, Lewis & Bockius, LLP
200 South Biscayne Blvd, Suite 5300
Miami, FL 33131
Email: cfield@morganlewis.com

/s/Brandon J. Hill
**BRANDON J. HILL**